# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| CHESTER LAMBERT LILLEY JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-CV-00175-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW WARREN | ) | |
| MATTHEW LEVCHUK | ) | |
| CRAIG DANCY, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 3, 2016, Order.

Signed:  October 3, 2016

_Frank G. John_

Frank G. Johns, Clerk
United States District Court